Appeal No. 76-153. POLICE DEPARTMENT OF THE TOWN OF TIVERTON *v.* TOWN OF TIVERTON *et al.* Motion of defendants for stay of proceedings is denied, without prejudice, for failure to comply with Rule 8. The motion for stay of proceedings previously granted is dissolved. Mr. Justice Doris would grant the stay on the ground that the defendants have shown that it is impracticable to seek relief in the trial court. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for plaintiff. *Corcoran, Peckham & Hayes, Arthur W. Murphy,* for defendants.

Appeal No. 76-172. JEAN-YVES DRANS *v.* PROVIDENCE COLLEGE. Motion of the American Association of University Professors to file an amicus curiae brief is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for plaintiff and American Association of University Professors, amicus curiae.

June 3, 1976

M. P. No. 74-71. STEPHEN G. PITASSI *v.* PERSONNEL HEARING BOARD OF THE CITY OF EAST PROVIDENCE. Motion of plaintiff to impose sanctions is denied. *Roberts & Willey Incorporated, Dennis J. Roberts II,* for plaintiff. *Joseph T. Little,* Asst. City Solicitor, for defendant.

M. P. No. 76-181. CITY OF EAST PROVIDENCE *v.* EAST PROVIDENCE LODGE No. 1 FRATERNAL ORDER OF POLICE *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Case is assigned to the calendar for October 1976 for oral argument. *Orlando A. Andreoni,* City Solicitor, *Joseph T. Little,* Asst. City Solicitor, for petitioner. *Stephen G. Linder,* for respondent.

M. P. No. 76-182. CITY OF EAST PROVIDENCE *v.* LOCAL 850, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Case is assigned to the Calendar for October 1976 for oral argument and the same is consolidated with the case of *City of East Providence* v. *East Providence Lodge No. 1*